# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00622-CV

**Appellant, Adolfo Gallela// Cross-Appellant, Lauren Heather McMahan**

**v.**

**Appellee, Lauren Heather McMahan// Cross-Appellee, Adolfo Gallela**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-04-006345, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's and cross-appellant's briefs were due in this Court on February 10, 2022. On this Court's motion, we extended the deadline for filing appellant's and cross-appellant's brief until October 17, 2022. In granting the extension, this Court advised the parties that if this Court did not receive a motion for extension of time or a brief accompanied by a motion for extension of time on or before October 17, 2022, that party's appeal would be subject to dismissal for want of prosecution. To date, neither party has filed a brief or a motion for extension of time. Accordingly, we dismiss the appeal and cross-appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed:   October 28, 2022